UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALBERT HALACKI,<br>DORTHY HALACKI, *his wife*<br>    Plaintiff,<br><br>v.<br>TELECTRONICS PACING, et al.,<br><br>    Respondents. | Hon. Joseph H. Rodriguez<br><br>Civil Action No. 96-4480<br><br>ORDER |

This matter having come before the Court on a Complaint filed on September 19, 1996 with summons issued on September 20, 1996, an Amended Complaint was filed on October 7, 1996. It was then transferred to the Southern District of Ohio pursuant to Rule 12 of the Rules of Procedure of Judicial Panel on Multi district Litigation,

The case was then remanded back to the District of New Jersey on May 5, 2004 and summons for each defendant were issued on May 7, 2004.

The process of service of summons on defendants to a foreign country and the issuance of Letters Rogatory being required;

IT IS ORDERED on this 24th day of January 2006 that the Clerk Administratively Terminate this action in the records, without prejudice to the right of the parties to move to reopen the proceedings for good cause shown when all parties have been served and answers filed.

*s/Joseph H. Rodriguez*
United States District Judge